COLIN L. PEARCE (SB# 137252)
JON D. RUBIN (SB# 196944)
DUANE, MORRIS & HECKSCHER LLP
100 Spear Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 371-2200
Facsimile: (415) 371-2201

Attorneys for Defendants
CITY OF PACIFIC GROVE, ROSS HUBBARD,
SCOTT MILLER, WILLIAM KENNEDY and
THOMAS URETSKY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA RAMEY,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF PACIFIC GROVE, CALIFORNIA, a municipal corporation; ROSS HUBBARD, individually and in his official capacity; SCOTT MILLER, individually and in his official capacity; WILLIAM KENNEDY, individually and in his official capacity; THOMAS URETSKY, individually and in his official capacity,<br><br>         Defendants. | Case No. C 01-20496 JW<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**[F.R.C.P. 12(b)(6)]**<br><br>Date:   September 10, 2001<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 8 |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 9:00 a.m. on September 10, 2001, or as soon thereafter as the matter may be heard, in the above-entitled court, located at 280 S. First Street, San Jose, California, defendants City of Pacific Grove, Ross Hubbard, Scott Miller, William Kennedy and Thomas Uretsky (hereinafter "defendants") will move this court to dismiss plaintiff's complaint and this action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that plaintiff's complaint fails to state a claim upon which relief can be granted.

///

Defendants bring this motion on the following grounds:

(1) All claims set forth in plaintiff's first, second and third causes of action, except for claims arising out of plaintiff's termination, are barred by the one year statute of limitations for civil rights actions, and the similar statute of limitations for employment related claims under Title VII of the Civil Rights Act of 1964 ("Title VII" or "Act") (42 U.S.C. Sec. 2000(e) et seq.);

(2) The individual defendants are protected, under the doctrine of qualified immunity, from plaintiff's remaining civil rights claims, and plaintiff similarly has failed to set forth sufficient allegations to establish any municipal liability on the part of the City for the alleged civil rights violations;

(3) The Title VII claims set forth in the third cause of action, arising out of plaintiff's termination, are barred because plaintiff failed to timely pursue and thereafter exhaust her administrative remedies; and

(4) Plaintiff's State law slander and libel claims against defendant Miller are barred procedurally, because plaintiff failed to present a timely government tort claim, and substantively, because the alleged statements were privileged under California law.

This motion will be based on this Notice of Motion and Motion, the Memorandum in Support filed herewith, and pleadings and papers filed herein, and such matters as may be presented to the court prior to or at the hearing on the motion.

Dated: July 20, 2001          DUANE MORRIS & HECKSCHER

By:_____
Colin L. Pearce
Attorneys for Defendants
CITY OF PACIFIC GROVE, ROSS HUBBARD, SCOTT MILLER, WILLIAM KENNEDY and THOMAS URETSKY

SF\23775.1